UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-23030-CMA

DR. AMEET VOHRA; VOHRA WOUND PHYSICIANS MANAGEMENT, LLC; VHS HOLDINGS, P.A.; VOHRA WOUND PHYSICIANS OF IL, S.C.; VOHRA POST ACUTE CARE PHYSICIANS OF THE EAST, P.A.; VOHRA WOUND PHYSICIANS OF MIDWEST, S.C.; FLORIDA POST ACUTE CARE CLINICIANS, LLC; VOHRA POST ACUTE CARE PHYSICIANS OF TEXAS, PLLC; VOHRA WOUND PHYSICIANS OF THE WEST, P.C.; VOHRA WOUND PHYSICIANS OF CA, P.C.; VOHRA WOUND PHYSICIANS OF NY, PLLC; VOHRA POST ACUTE CARE PHYSICIANS OF THE NORTHEAST, P.A.; and VOHRA WOUND PHYSICIANS OF FL, LLC,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES; CENTERS FOR MEDICARE AND MEDICAID SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; MEHMET C. OZ, M.D., in his official capacity as Administrator for the Centers for Medicare & Medicaid Services,

Defendants.

_______________________________________________/

**<u>THIRD JOINT MOTION TO EXTEND THE ADMINISTRATIVE CLOSURE</u>**

Plaintiffs Dr. Ameet Vohra, et al. (“Plaintiffs”), and Defendants United States Department of Health and Human Services; Centers for Medicare and Medicaid Services (“CMS”), Robert F. Kennedy, Jr., and Mehmet C. Oz (the “Parties”), respectfully submit this Third Joint Motion to Extend the Administrative Closure of this Case. In support, the Parties state as follows:

1. On July 7, 2025, Plaintiffs filed a Complaint challenging CMS's suspension of Plaintiffs' Medicare payments. ECF 1.

2. On July 30, 2025, the Court issued an Order Administratively Closing Case after Plaintiffs advised the Court that the Parties had reached an agreement in principle to resolve the matter. This Order further provided that if the Parties fail to complete the expected settlement, either party may, by motion, request the Court to reopen the case within sixty (60) days of the date of this Order, specifically, September 29, 2025. ECF 38.

3. On September 25, 2025, the Court granted the Parties' joint motion to extend the administrative closure by sixty (60) days, setting a deadline of November 28, 2025, to file a stipulation for dismissal. ECF 43.

4. On November 20, 2025, the Parties entered into an agreement under which CMS agreed to terminate its still ongoing suspension of payments to Plaintiffs as soon as practicable, but in any event within sixty days. Once CMS terminates the suspension, the present case will be rendered moot and, by agreement, a notice of dismissal will soon follow in this case.

5. On November 25, 2025, the Court granted the Parties' second joint motion to extend the administrative closure by thirty (30) days, setting a deadline of December 26, 2025, to file a stipulation for dismissal. ECF 45.

6. CMS requires additional time to effectuate the termination of the suspension of payments to Plaintiffs, which will then render the present case moot. CMS is obligated to effectuate this termination by January 19, 2026, under the terms of the Parties' agreement, so the Parties expect this to be their final request to extend the administrative closure.

7. The Parties now jointly move to extend the administrative closure for an additional twenty-nine (29) days, specifically up to January 23, 2026, within which time either

party may, by motion, request the Court to reopen the case. This extension will conserve judicial resources while the Parties continue to work towards effectuating the final resolution of this matter.

Respectfully submitted,

**JASON A. REDING QUINOÑES**
**UNITED STATES ATTORNEY**

By: ***/s/ Rosaline Chan***
ROSALINE CHAN
Assistant United States Attorney
Fla. Bar No. 1008816
United States Attorney's Office
99 N.E. 4th Street, Third Floor
Miami, Florida 33132
Telephone: (305) 961-9335
Email: Rosaline.Chan@usdoj.gov

*Attorney for Defendants*

***/s/ Oliver Benton Curtis, III***
Oliver Benton Curtis, III
Leah Palmer
**McDermott Will & Schulte LLP**
333 SE 2nd Avenue, Suite 4500
Miami FL 33131
bcurtis@mwe.com
lpalmer@mwe.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **December 22, 2025**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Oliver Benton Curtis, III*
Oliver Benton Curtis, III