UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-23030-CMA

DR. AMEET VOHRA; VOHRA WOUND PHYSICIANS MANAGEMENT, LLC; VHS HOLDINGS, P.A.; VOHRA WOUND PHYSICIANS OF IL, S.C.; VOHRA POST ACUTE CARE PHYSICIANS OF THE EAST, P.A.; VOHRA WOUND PHYSICIANS OF MIDWEST, S.C.; FLORIDA POST ACUTE CARE CLINICIANS, LLC; VOHRA POST ACUTE CARE PHYSICIANS OF TEXAS, PLLC; VOHRA WOUND PHYSICIANS OF THE WEST, P.C.; VOHRA WOUND PHYSICIANS OF CA, P.C.; VOHRA WOUND PHYSICIANS OF NY, PLLC; VOHRA POST ACUTE CARE PHYSICIANS OF THE NORTHEAST, P.A.; and VOHRA WOUND PHYSICIANS OF FL, LLC,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES; CENTERS FOR MEDICARE AND MEDICAID SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; MEHMET C. OZ, M.D., in his official capacity as Administrator for the Centers for Medicare & Medicaid Services,

Defendants.

_______________________________________________/

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Dr. Ameet Vohra, Vohra Wound Physicians Management, LLC, VHS Holdings, P.A., Vohra Wound Physicians of IL, S.C., Vohra Post Acute Care Physicians of Midwest, S.C., Florida Post Acute Care Clinicians, LLC, Vohra Post Acute Care Physicians of Texas, PLLC, Vohra Wound Physicians of the West,

P.C., Vohra Wound Physicians of CA, P.C., Vohra Wound Physicians of NY, PLLC, Vohra Post Acute Care Physicians of the Northeast, P.A., and Vohra Wound Physicians of FL, LLC ("Plaintiffs"), and Defendants United States Department of Health and Human Services; Centers for Medicare and Medicaid Services, Robert F. Kennedy, Jr., and Mehmet C. Oz ("Defendants") (collectively, the "Parties"), respectfully submit this Joint Stipulation of Dismissal and stipulate as follows:

1. The Parties have agreed to dismiss the pending action.

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties jointly stipulate to the dismissal, with prejudice, of all claims asserted by Plaintiffs against Defendants, with each party bearing its own costs and attorney's fees incurred in connection with the claims asserted.

Respectfully submitted,

**JASON A. REDING QUINOÑES**
**UNITED STATES ATTORNEY**

By: ***/s/ Rosaline Chan***
ROSALINE CHAN
Assistant United States Attorney
Fla. Bar No. 1008816
United States Attorney's Office
99 N.E. 4th Street, Third Floor
Miami, Florida 33132
Telephone: (305) 961-9335
Email: Rosaline.Chan@usdoj.gov

*Attorney for Defendants*

***/s/ Oliver Benton Curtis, III***
Oliver Benton Curtis, III (FBN 118156)
Leah Palmer (FBN 1050765)
**McDermott Will & Schulte LLP**
333 SE 2nd Avenue, Suite 4500

Miami FL 33131
bcurtis@mwe.com
lpalmer@mwe.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **January 22, 2026**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Oliver Benton Curtis, III*
Oliver Benton Curtis, III